**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 99-7051**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MARTIR VELASQUEZ ARAGON,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CR-97-18-A, CA-99-879-AM)

_____

Submitted: February 10, 2000      Decided: February 15, 2000

_____

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Martir Velasquez Aragon, Appellant Pro Se. Katherine Mary Kelly, Bryan Cunningham, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Martir Velasquez Aragon seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). Aragon also seeks to appeal the district court's order denying his motion for reconsideration under Fed. R. Civ. P. 60(b). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Aragon, Nos. CR-97-18-A; CA-99-879-AM (E.D. Va. July 1, 1999; July 22, 1999).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

* Although the district court's judgment or order is marked as "filed" on July 22, 1999, the district court's records show that it was entered on the docket sheet on July 21, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the judgment or order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2